UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

5:16-CR-317-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| CHRISTOPHER NATHANIEL BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 78 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the __30__ day of __May__, 2017.

_____
Terrence W. Boyle
U.S. District Judge